AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Washington

| | |
|---|---|
| PINK LADY AMERICA, LLC, a Washington limited liability company (f/k/a Pink Lady USA, LLC), and BRANDT'S FRUIT TREES I, INC., a Washington corporation (f/k/a BRANDT'S FRUIT TREES, INC.) <br><br> *Plaintiff(s)* <br><br> v. <br><br> E. W. BRANDT & SONS, INC., a Washington corporation, <br><br> *Defendant(s)* | Civil Action No. 1:17-cv-03173-TOR |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* E. W. BRANDT & SONS, INC.
P.O. Box B
Parker, WA 98939

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bradford J. Axel, Stokes Lawrence, P.S., 1420 Fifth Avenue, Suite 3000, Seattle, WA 98101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Oct 13, 2017, 9:05 am

Date

SEAN F. McAVOY, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-03173-TOR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James C. Carmody, registered agent for E.W. Brandt & Sons, Inc.
was received by me on *(date)* November 15, 2017

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Debbie Girard , who is
designated by law to accept service of process on behalf of *(name of organization)* James C. Carmody, registered
agent for E.W. Brandt & Sons, Inc.     on *(date)* November 15, 2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

11-15-17
Date

*Server's signature*

Debbie J. Wilson, Practice Assistant
*Printed name and title*

Stokes Lawrence Velikanje Moore & Shore
120 N. Naches Ave., Yakima, WA 98901
*Server's address*

Additional information regarding attempted service, etc: