UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PINK LADY AMERICA, LLC, et al., <br><br> Plaintiff, <br><br> v. <br><br> E.W. BRANDT & SONS, INC., <br><br> Defendant. | NO: 1:17-CV-3173-TOR <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 15). The motion was submitted for consideration without oral argument. Having reviewed the record and the files therein, the Court is fully informed.

The parties have stipulated to the dismissal of all claims and counterclaims with prejudice in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without an award of fees to either side.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and counterclaims in this matter are **DISMISSED** with prejudice and without an award of fees to either side.

2. The telephonic status conference scheduled on February 1, 2018, is stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

DATED January 30, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2